IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

GERALD COLLINS, )
       Petitioner, ) CASE NO.   CIV S-07-1240 BJR
)
v. )
) ORDER DENYING REQUEST FOR
) APPOINTMENT OF COUNSEL
H. HEDGPETH, Warden, et al. )
       Respondent. )
_____

      This matter comes before the court on Petitioner's Request for the Appointment of Counsel (Dkt. No. 28). Petitioner requests that this court appoint legal counsel to represent him pursuant to 28 U.S.C. § 1915(e)(1). This court denied Petitioner's Petition for a Writ of Habeas Corpus on September 17, 2009 (Dkt. No. 22) and denied his request for a Certificate of Appealability on August 2, 2010 (Dkt. No. 26). Petitioner's request for the appointment of legal counsel is denied in light of these recent rulings.

      DATED this 17th day of September, 2010.

                                          /s/ Barbara Jacobs Rothstein

                                          Barbara Jacobs Rothstein
                                          U.S. District Court Judge

1